IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD ROBINSON,

    Plaintiff,

v.                                            Civil Action No. 3:24cv65

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 14, 2024, the Court conditionally docketed Plaintiff's action. On February 23, 2024, the United States Postal Service returned the February 14, 2024 Memorandum Order to the Court by Plaintiff's place of confinement because Plaintiff had no interest in prosecuting this action. (ECF No. 3.) Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                       /s/

Date: 3/7/2024                                       M. Hannah Lauck
Richmond, Virginia                          United States District Judge